JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., | CV 25-4535 PA (AJRx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| SOLACE LIFESCIENCES, INC., et al., | |
| Defendants. | |

Pursuant to the Court's April 21, 2026 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: April 21, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE